ACCEPTED
03-15-00554-CV
6864486
THIRD COURT OF APPEALS
AUSTIN, TEXAS
9/10/2015 11:56:11 AM
JEFFREY D. KYLE
CLERK

03-15-00554-CV

IN THE COURT OF APPEALS
THIRD DISTRICT OF AUSTIN

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
9/10/2015 11:56:11 AM
JEFFREY D. KYLE
Clerk

**AUSTIN TELE-SERVICES LLC DBA AUSTIN TELE-SERVICES LP AKA ATS,**

*Appellant,*

v.

**FUTURENET GMBH,**

*Appellee.*

Restricted Appeal from Cause No. C-1-CV-15-003365, Futurenet GMBH v. Austin Tele-Services LLC dba Austin Tele-Services LP aka ATS, in the County Court at Law No. 1 of Travis, County, Texas

## APPELLANT'S UNOPPOSED MOTION TO DISMISS APPEAL

Jillian J. Keith
State Bar No. 24013671
Sara E. Inman
State Bar No. 24073098
Lawrence A. Waks
State Bar No. 20670700

Wilson, Elser, Moskowitz,
Edelman & Dicker LLP
901 Main Street, Suite 4800
Dallas, Texas 75202
(214) 698-8000
(214) 698-1101 Facsimile

**September 10, 2015**

## APPELLANT'S UNOPPOSED MOTION TO DISMISS APPEAL

1. Appellant filed notice of its restricted appeal on August 28, 2015. On August 31, 2015, Appellant and Appellee entered into a compromise agreement regarding matters related to Appellee's claims and causes of action against Appellant. As part of that compromise agreement, Appellant and Appellee agreed to file a Joint Motion to Vacate Default Judgment and Writ of Execution with the trial court.

2. The Joint Motion to Vacate and Agreed Order Granting the Motion to Vacate Default Judgment and Writ of Execution were filed with the trial court on September 1, 2015. The trial court judge signed the order on September 8, 2015. A copy of the order is attached hereto as *Exhibit A*.

3. Pursuant to Texas Rule of Appellate Procedure 42.1, Appellant must file a motion with the Court for dismissal. Under Rule 42.1(a)(1) "[i]n accordance with a motion of appellant, the court may dismiss the appeal.....unless such disposition would prevent a party from seeking relief to which it would otherwise be entitled."

4. Appellant seeks an order from this Court dismissing Appellant's appeal.

5. Dismissal of the appeal would not prevent a party from seeking relief to which it would otherwise be entitled. Appellant and Appellee agree that dismissal of the appeal is in the interest of both parties.

6. Because dismissal of the appeal would not prevent either party from seeking relief to which they would be otherwise entitled, the Court should grant the relief sought by this Motion to Dismiss Appeal.

7. Appellant and Appellee agree that each party shall bear its own costs.

8. Appellant and Appellee agree that the mandate should be issued early.

<strong>Respectfully submitted,</strong>

Wilson, Elser, Moskowitz,
Edelman & Dicker LLP

By: _____
Lawrence A. Waks
State Bar No. 20670700
lawrence.waks@wilsonelser.com
Jillian Keith
State Bar No. 24013671
jillian.Keith@wilsonelser.com
Sara E. Inman
State Bar No 24073098
sara.inman@wilsonelser.com
901 Main Street, Suite 4800
Dallas, Texas 75202
(214) 698-8000
(214) 698-1101 Facsimile

**Attorneys For Appellant**

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing instrument has been forwarded to Appelle's counsel of record via the Texas Rules of Civil Procedure on this the 10th day of September, 2015.

**VIA FAX(512-264-3782)**
Michael G. Null
State Bar No. 15134300
20209 W. HWY 71
Spicewood, TX 78669
(512) 264-1156

_____
Sara E. Inman

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that she conferred with counsel for Appellee, Michael Null, on September 9, 2015 via phone. Counsel for Appellee supports the filing of this motion.

_____
Sara E. Inman

CAUSE NO. C-1-CV-15-003365

| | | |
|---|---|---|
| FUTURENET GMBH, | § | IN THE COUNTY COURT OF |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | AT LAW NO. 1 OF |
| | § | |
| AUSTIN TELE-SERVICES LLC dba | § | |
| AUSTIN TELE-SERVICES LP aka ATS, | § | |
| | § | |
| Defendant. | § | TRAVIS COUNTY, TEXAS |

## ORDER GRANTING JOINT MOTION TO VACATE DEFAULT JUDGMENT AND WRIT OF EXECUTION

On this day came to be heard Plaintiff Futurenet GMBH and Defendant Austin Tele-Services LLC dba Austin Tele-Services LP aka ATS's Joint Motion to Vacate Default Judgment and Writ of Execution. The Court, after considering all matters of record is of the opinion that the motion is meritorious and should be **GRANTED**.

It is therefore **ORDERED** that the Default Judgment against Defendant Austin Tele-Services LLC dba Austin Tele-Services LP aka ATS signed and entered of record on June 24, 2015, as well as the Writ of Execution, signed and issued on July 30, 2015, by this Court, is hereby **VACATED**.

SIGNED on _September 8, 2015_

_____
JUDGE PRESIDING

Approved as to form:

_____
LAWRENCE A. WAKS

2091092v.1

**EXHIBIT**

**A**

State Bar No. 20670700
lawrence.waks@wilsonelser.com
**JILLIAN KEITH**
State Bar No. 24013671
jillian.Keith@wilsonelser.com
**SARA E. INMAN**
State Bar No 24073098
sara.inman@wilsonelser.com
901 Main Street, Suite 4800
Dallas, Texas 75202
(214) 698-8000
(214) 698-1101 Facsimile

**ATTORNEYS FOR DEFENDANT**

**AND**

**MICHAEL G. NULL**
State Bar No. 15134300
mnull@mindspring.com
20209 W HWY 71
Spicewood, TX 78669
(512) 264-1156
(512) 264-3782 Facsimile

**ATTORNEY FOR PLAINTIFF**

2091092v.1